**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Massachusetts
                              (State)

Case number (*If known*): _____ Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Holyoke Parkview Apartments LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   9 2 – 3 2 8 8 9 7 6

4. **Debtor's address**

   **Principal place of business**

   183 High Street
   Number    Street

   Holyoke       MA       01040
   City                State    ZIP Code

   Hampden
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   859-861 Main St, Holyoke, MA 01040
   City                State    ZIP Code

5. **Debtor's website** (URL)    _____

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor  Holyoke Parkview Apartments LLC                    Case number (*if known*)_____
          Name

6. **Type of debtor**
   - XX Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ❑ Partnership (excluding LLP)
   - ❑ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ❑ Railroad (as defined in 11 U.S.C. § 101(44))
   - ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - XX None of the above

   B. *Check all that apply:*
   - ❑ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ❑ Chapter 7
   - ❑ Chapter 9
   - XX Chapter 11. *Check **all** that apply*:
     - XX Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ❑ A plan is being filed with this petition.
     - ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ❑ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   XX No

   ❑ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

   District _____  When _____  Case number _____
                                          MM / DD / YYYY

Debtor __Holyoke Parkview Apartments LLC__   Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

XX No

☐ Yes.  Debtor _____   Relationship _____
         District _____   When ___/___/_____
                                              MM  /  DD  /  YYYY
         Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

XX  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

XX No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                             Number       Street
                           _____
                           _____   _____  _____
                             City                    State  ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

XX Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

XX 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **3**

Debtor   Holyoke Parkview Apartments LLC                                   Case number (*if known*)_____
         Name

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- XX $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- XX $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/07/2025
              MM  / DD / YYYY

✗ /S/ Harrison Bonner                              Harrison Bonner
Signature of authorized representative of debtor     Printed name

Title  Manager

### 18. Signature of attorney

✗ /s/ James P. Ehrhard                         Date   07/07/2025
Signature of attorney for debtor                       MM / DD / YYYY

James P. Ehrhard, Esq.
Printed name

Number     Street
27 Mechanic Street, Worcester        MA         01608
City                                  State      ZIP Code

508.791.8411                         ehrhard@ehrhardlaw.com
Contact phone                         Email address

651797                               MA
Bar number                           State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Debtor   Holyoke Parkview Apartments LLC
         Name

Case number (*if known*)